# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| DERRICK ("RABBIT") LOWERY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:05-CV-560 |
| ) | (Phillips) |
| MARTY EUVERARD, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter came before the court for a motion hearing on August 17 and 18, 2006. Following the parties' presentation of evidence and oral argument, the following action was taken, the court having ruled from the bench:

1. Plaintiffs' motion for preliminary injunction [Doc. 41] is **DENIED.**

2. Plaintiffs' motion for partial summary judgment [Doc. 39] is **GRANTED.**

3. Plaintiffs' motion to compel and for sanctions [Doc. 47] is **DENIED AS MOOT.**

4. Defendants' motion to dismiss or for summary judgment [Doc. 55] is **DENIED.**

5. Defendants' motion to stay further discovery pending the court's ruling on qualified immunity [Doc. 60] is **DENIED AS MOOT.**

6. Plaintiffs' motion for extension of time to respond to defendants' motion for summary judgment [Doc. 66] is **DENIED AS MOOT.**

**IT IS SO ORDERED.**

ENTER:

s/ Thomas W. Phillips
United States District Judge