# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| DERRICK ("RABBIT") LOWERY, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MARTY EUVERARD, et al., ) <br> ) <br> Defendants. ) | No. 3:05-CV-560 <br> (Phillips) |

## ORDER

Pursuant to the judgment from the Sixth Circuit Court of Appeals [Doc. 91], summary judgment is **GRANTED** to defendants, Marty Euverard, Dale Schneitman, Craig Kisabeth, and the Jefferson County Board of Education. Accordingly, this case is **DISMISSED.**

**ENTER:**

　　　　s/ Thomas W. Phillips
　　　　United States District Judge