# United States District Court

**EASTERN** DISTRICT OF **TENNESSEE**

Jeff Lowery et al.

## JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: 3:05-cv-560

Marty Euverard et al.

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the judgment from the Sixth Circuit Court of Appeals [Doc. 91], summary judgment is **GRANTED** to defendants, Marty Euverard, Dale Schneitman, Craig Kisabeth, and the Jefferson County Board of Education. Accordingly, this case is **DISMISSED.**

February 20, 2008  Patricia L. McNutt, Clerk
Date

By   s/A. Archer   Case Manager